IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

FEB 23 2010

DAVID J. MALAND, CLERK
BY
DEPUTY _____

HILLWOOD ENTERPRISES, L.P., §
    Plaintiff §
§
v. §
§ 4:08cv112
§
INTEL CORPORATION, §
    Defendant, §
§

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On January 29, 2010, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Motion for Summary Judgment (Dkt. 192) on Defendant's slander of title counterclaim be GRANTED and that Defendant should take nothing by its counterclaims here.

The court, having made a *de novo* review of the objections raised by Defendant, as well as Plaintiff's response and Defendant's reply, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections of Plaintiff are without merit. Therefore, the court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court. Plaintiff's Motion for Summary Judgment (Dkt. 192) on Defendant's slander of title counterclaim is GRANTED, and Defendant shall take nothing by its counterclaims here.

**IT IS SO ORDERED.**

SIGNED this 22nd day of February, 2010.

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE